UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| BRIAN D. SHAPIRO, TRUSTEE, | 2:10-CV-00383-PMP-PAL |
| Appellant, | |
| vs. | **ORDER** |
| VONNIE ALLEN, fka VONNIE DAGHER; EDWARD DAGHER; ADVANTAGE SPORT SURFACES, LTD., | |
| Appellees. | |

Before the Court for consideration is Appellees' fully briefed Motion to Dismiss Appeal for Lack of Jurisdiction (Doc. #15), filed on October 4, 2010. Having read and considered the foregoing the Court finds Appellees' Motion to Dismiss Appeal for Lack of Jurisdiction (Doc. #15) must be granted.

Specifically, the Court finds that the Order denying Motion to Approve Settlement (Bankruptcy Docket #273) entered in the Bankruptcy Court on February 19, 2010, is not a final judgment, order or decree because the bankruptcy court's Order does not finally determine the rights of the parties. It is interlocutory in nature rendering appeal appropriate only with leave of the court. 28 U.S.C. § 158(a).

///

///

Case 2:10-cv-00383-PMP-PAL   Document 22   Filed 10/27/10   Page 2 of 2

**IT IS THEREFORE ORDERED that** Appellees' Motion to Dismiss Appeal for Lack of Jurisdiction (Doc. #15) is **GRANTED** without prejudice to Appellant Brian D. Shapiro, Trustee to seek leave before the Bankruptcy Court to file an Interlocutory Appeal.

DATED: October 27, 2010.

_____
PHILIP M. PRO
United States District Judge

2